**David P. Rossmiller, ISB No. 8591**
Email: drossmiller@bpmlaw.com
Betts, Patterson & Mines, P.S.
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone:    (503) 961-6338
Facsimile:    (503) 961-6339

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| DAN SISSON and CHRISTINE SISSON, husband and wife and the marital community comprised thereof; and STEPHANI COBB, a married person,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>RJC TRUCKING, LLC, a Texas Corporation; and JOSEPH T. COKER and JANE DOE COKER, husband and wife and the marital community comprised thereof,<br><br>　　　　　　　Defendants. | Case No.  2:17-cv-00417<br><br>NOTICE OF REMOVAL |

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Joseph T. Coker removes to this Court the case now pending in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai as *Dan Sisson, et al. v. RJC Trucking, LLC, et al.*, Case No. CV 17-3384.

\\\

Page 1 – NOTICE OF REMOVAL

As grounds for removal, defendant Joseph T. Coker states as follows:

1. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), which provides that a notice of removal must be filed within 30 days after the receipt by the defendant, through service or otherwise, of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Mr. Coker received a copy of the Summons and Complaint via U.S. Mail on September 8, 2017. Service has not yet been completed by publication on Mr. Coker.

2. Attached to this notice as **Exhibit A** is a copy of the Complaint filed in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, Case No. CV 17-3384.

3. Attached to this notice as **Exhibit B** is the State Court Docket in Case No. CV 17-3384, filed in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai.

4. Attached to this notice as **Exhibit C** are the Service Documents in Case No. CV 17-3384, filed in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai.

5. Attached to this notice as **Exhibit D** is the filed Answer of RJC Trucking, LLC in Case No. CV 17-3384, filed in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai.

6. Attached to this notice as **Exhibit E** are the filed motions in Case No. CV 17-3384, filed in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai.

\\\

7. This action may be removed pursuant to 28 U.S.C. § 1441 because:

   a. Plaintiffs are each citizens of the State of Oregon;

   b. Defendant RJC Trucking, LLC is a Texas corporation;

   c. Defendant Joseph T. Coker is a citizen of the state of Texas; and

   d. Based on the statements made on behalf of plaintiffs by their counsel as described in the Declaration of David P. Rossmiller in Support of Defendant Joseph T. Coker's Notice of Removal, the amount in controversy in this action, exclusive of interest and costs, is more than $75,000.

8. Based on the above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

9. Defendant RJC Trucking, LLC consents to the removal of this action. *See,* Declaration of David P. Rossmiller in Support of Defendant Joseph T. Coker's Notice of Removal.

10. Defendant Joseph T. Coker waives no defenses in filing this Notice of Removal.

11. Defendant Joseph T. Coker is providing plaintiffs, through their attorney, written notice of the filing of this Notice of Removal. Furthermore, defendant Joseph T. Coker is filing a

\\\

\\\

Page 3 – NOTICE OF REMOVAL

copy of this Notice of Removal with the Clerk of the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, where the action is currently pending.

DATED this 6th day of October, 2017.

        BETTS, PATTERSON & MINES, P.S.

By  s/ David P. Rossmiller
   David P. Rossmiller, ISB No. 8591
   111 SW 5th Avenue, Suite 3650
   Portland, OR 97204
   Telephone: (503) 961-6338
   Facsimile: (503) 961-6339
   E-mail: drossmiller@bpmlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2017, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system and the document is available for viewing and downloading from the CM/ECF system.  I also certify that the foregoing document is being served by email and U.S. Mail, first-class postage pre-paid, on:

*Counsel for Plaintiffs*
Nikalous Armitage
Armitage & Thompson, PLLC
220 W Main Ave
Spokane, WA  99201-0112


DATED this 6th day of October, 2017.

BETTS, PATTERSON & MINES P.S.


By  s/ David P. Rossmiller
   David P. Rossmiller, ISB No. 8591
   111 SW 5th Avenue, Suite 3650
   Portland, OR 97204
   Telephone:(503) 961-6338
   Facsimile:  (503) 961-6339
   E-mail:  drossmiller@bpmlaw.com

   *Attorneys for Defendants*