**David P. Rossmiller, ISB No. 8591**
Email:  drossmiller@bpmlaw.com
Betts, Patterson & Mines, P.S.
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone:     (503) 961-6338
Facsimile:      (503) 961-6339

*Attorneys for Defendant RJC Trucking, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

NORTHERN DIVISION

| | |
|---|---|
| DAN SISSON and CHRISTINE SISSON, husband and wife and the marital community comprised thereof; and STEPHANI COBB, a married person,<br><br>Plaintiffs,<br><br>vs.<br><br>RJC TRUCKING, LLC, a Texas Corporation; and JOSEPH T. COKER and JANE DOE COKER, husband and wife and the marital community comprised thereof,<br><br>Defendants. | NO.  2:17-CV-00417-CWD<br><br>**NOTICE OF SETTLEMENT** |

   THE PARTIES HEREBY ADVISE that this matter has settled. The Court may remove all docket deadlines from its calendar. Once a formal settlement agreement has been negotiated

/////

/////

Page 1 – NOTICE OF SETTLEMENT

and executed, the parties will file a General Judgment of Dismissal with Prejudice.

DATED this 26th day of October, 2018.

**IT IS SO STIPULATED:**

Presented by:

| BETTS, PATTERSON & MINES, P.S. | ARMITAGE & THOMPSON, PLLC. |
|---|---|
| By  s/ David P. Rossmiller<br>David P. Rossmiller, OSB No.8591<br>111 SW 5th Ave, Suite 3650<br>Telephone: (503) 961-6338<br>drossmiller@bpmlaw.com<br>Attorneys for Defendant RJC Trucking, LLC | By  s/Nikalous Armitage<br>Nik Armitage, ISB No.9647<br>220 W. Main<br>Spokane, Washington 99201<br>noa@law-wa.com<br>Attorney for Plaintiffs |

Page 2 – NOTICE OF SETTLEMENT

1319862.docx/102618 1458/8354-0028